**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-1025**

_____

EDWARD R. SPEARS, a/k/a Edward Rodney Spears,

       Plaintiff - Appellant,

    v.

FLORENCE MAGISTRATE COURT, civil dept; JUDGE NEON LANGELY;
JUDGE EUGENE COOPER; CONSTABLE MARY EADDY,

       Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Terry L. Wooten, District Judge.
(4:11-cv-01717-TLW)

_____

Submitted:  March 15, 2012         Decided:  March 20, 2012

_____

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Edward Spears, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward R. Spears appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Spears v. Florence Magistrate Court, No. 4:11-cv-01717-TLW (D.S.C. Oct. 17, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2